UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>  Plaintiff,<br><br>  v.<br><br>SHASTA COUNTY JAIL MEDICAL STAFF, et al.,<br><br>  Defendants. | No.  2:19-cv-01630 MCE DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983.

By order dated March 27, 2021, the court screened plaintiff's First Amended Complaint ("FAC"). (ECF No. 16.)  The court found plaintiff stated an Eighth Amendment claims for excessive force against defendants William Mason, Von German, and Decker and for deliberate indifference against defendants William Mason and Von German.  The court also found that plaintiff failed to state any other claims under § 1983.  Plaintiff was given the option to proceed on the FAC as screened or to file an amended complaint.

Plaintiff has informed the court that he wishes to file a second amended complaint.  (ECF No. 19.)

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the court's March 27, 2021 screening order (ECF No. 16), the Federal Rules of Civil Procedure, and the Local Rules of Practice.
2. The amended complaint must bear the docket number assigned to this case and must be labeled "Second Amended Complaint."
3. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: August 2, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/rood1630.secamd

2