UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>    Plaintiff,<br><br>    v.<br><br>SHASTA COUNTY JAIL MEDICAL STAFF, et al.,<br><br>    Defendants. | No. 2:19-cv-01630 MCE DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)(B). Plaintiff alleges defendants violated his Eighth and First Amendment rights through the use of excessive force, retaliation against the plaintiff, and deliberate indifference to plaintiff's medical needs.

In an order filed August 3, 2021, the court granted plaintiff's request for leave to file an amended complaint. (ECF No. 20.) On September 7, 2021, plaintiff requested a thirty-day extension of time to file an amended complaint. (ECF No. 21.) The court granted plaintiff's request for an extension of time. (ECF No. 22.)

The time for plaintiff to file an amended complaint has passed. Plaintiff has not filed an amended complaint, requested an extension of time to do so, or otherwise responded to this order.

////

Accordingly, the court will direct plaintiff to show cause in writing why plaintiff's action should not be dismissed for failure to prosecute and failure to comply with court orders.

For the foregoing reasons, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall either file an amended complaint or show cause in writing why this case should not be dismissed for failure to prosecute and failure to comply with court orders. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: January 24, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/rood1630.osc

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE R. GOVEA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. FOX, et al.,<br><br>Defendants. | No. 2:15-cv-2545 DB P<br><br>PLAINTIFF'S NOTICE ON HOW TO PROCEED |

Check one:

_____  Plaintiff wants to proceed immediately on his Eighth Amendment claims against defendants Fox, Clark, Bick, Lewis, and the ten Doe defendant members of the Institutional Utilization Management Committee without amending the complaint. Plaintiff understands that by going forward without amending the complaint he is voluntarily dismissing his state law negligence claim and his Eighth Amendment claim against defendant Wolfson without prejudice.

_____  Plaintiff wants to amend the complaint.

DATED:_____

                                                       Ronnie R. Govea
                                                       Plaintiff pro se

3