UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD, | No. 2:19-cv-01630 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| SHASTA COUNTY MEDICAL STAFF, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff requests a stay of the present action so that he may file an amended complaint. (ECF No. 28.)

    On August 3, 2021, the court ordered plaintiff to file a second amended complaint within thirty days in accordance with plaintiff's election to amend the first amended complaint. (ECF No. 20.) On September 13, the court granted plaintiff a thirty-day extension of time to file an amended complaint. (ECF No. 22.) Plaintiff never filed an amended complaint. On January 25, 2022, the court ordered plaintiff to show cause why this action should not be dismissed for failure to file an amended complaint. (ECF No. 23.) On February 17, 2022, plaintiff responded to the court's Order to Show Cause. (ECF No. 24.) Based on a possible misunderstanding of what plaintiff was required to include in an amended complaint, the court granted plaintiff an

1

additional thirty days to file an amended complaint. (ECF No. 25.) The court granted a further thirty-day extension of time on April 19, 2022. (ECF No. 27.) In this order, the court informed the plaintiff that no further extensions of time would be granted. (Id. at 2.)

Plaintiff now seeks for a stay of the present action as he does not currently have access to his legal materials. (ECF No. 28 at 1.) Plaintiff presents no legal basis for a stay to be ordered in this case. (Id.) Plaintiff's motion for stay is based solely on the fact that he has recently lost access to his legal material. (Id.) This does not appear to create sufficient grounds for a stay to be ordered in this case. Accordingly, plaintiff's motion will be denied.

Plaintiff's amended complaint must be filed by June 20, 2022. If an amended complaint has not been filed by that time, this action will be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for stay (ECF No. 28) is denied; and

2. A second amended complaint must be filed by June 20, 2022. If no complaint is filed in this action at that time, it will be recommended that this case be dismissed.

DATED: May 4, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/rood1630.stay