UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHASTA COUNTY MEDICAL STAFF, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-1630 MCE DB P<br><br><br>ORDER |

　　　　Plaintiff is a state inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has requested an extension of time to file a third amended complaint.  (ECF No. 35.)  Plaintiff requests an extension of time as he has not received documents necessary to file an amended complaint.  (Id. at 1.)

　　　　The court notes that plaintiff has not yet filed his notice of how to proceed as directed by the court's screening order.  (ECF No. 34.)  Plaintiff's motion for extension of time will granted so that plaintiff may file the notice as directed by the court's prior order.  Plaintiff will have thirty days from the date of service of this order to file notice of how he wishes to proceed.

////

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 35) is granted;

2. Plaintiff is granted thirty days from the date of service of this order in which to file notice of how to proceed.

DATED: April 7, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/rood1630.36not