UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHASTA COUNTY MEDICAL STAFF, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-1630 MCE DB P<br><br><br>ORDER |

Plaintiff is a state inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Presently before the court is plaintiff's motion for an extension of time to file an amended complaint. In support of his motion plaintiff states he was without his property following a transfer and was quarantined after contracting COVID-19. Good cause appearing the court will grant the motion. Accordingly, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for an extension of time (ECF No. 39) is granted; and

　　2. Plaintiff is granted thirty days from the date of this order in which to file a third amended complaint.

Dated: May 23, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/rood1630.36amc(2)

1