UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHASTA COUNTY JAIL MEDICAL STAFF et al.,<br><br>　　　　Defendants. | No.  2:19-cv-1630 MCE DB P<br><br><br>ORDER |

　　　　Plaintiff, a former[1] county inmate, filed this pro se civil rights action pursuant to 42 U.S.C. § 1983.  By order filed February 1, 2023, the court found that plaintiff's second amended complaint stated cognizable excessive force and deliberate indifference claims and granted plaintiff the option to proceed on these claims or file an amended complaint.  (ECF No. 34.)  Plaintiff opted to file an amended complaint and requested an extension of time to file it, which the court granted.  (ECF Nos. 35, 36.)  Plaintiff filed, and the court granted, a second motion for extension of time.  (ECF No. 39, 40.)  Plaintiff's third amended complaint was due on June 22, 2023.  (ECF No. 40.)

　　　　Thirty days have passed from the date the court granted plaintiff's second motion for extension of time, and plaintiff has not filed a third amended complaint, or otherwise responded

---

[1] Plaintiff is currently incarcerated at California State Prison, Sacramento.  (ECF No. 38.)

1

to the court's order.  Accordingly, plaintiff is ordered to file a third amended complaint or show cause in writing why this action should not be dismissed for failure to prosecute and failure to comply with court orders.

    IT IS HEREBY ORDERED that:

1. Within thirty days of the date of this order, plaintiff shall either file a third amended complaint or show cause in writing why this case should not be dismissed for failure to prosecute and failure to comply with court orders; and
2. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  July 6, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB: 15
DB/DB Prisoner Inbox/Civil Rights/R/rood1630.fta show cause