1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   COLTON JAMES ROOD,                          No.  2:19-cv-1630 MCE DB P

12                  Plaintiff,

13         v.                                     ORDER

14   SHASTA COUNTY JAIL MEDICAL
     STAFF, et al.,
15
                   Defendants.
16

17

18          On February 1, 2023, the court issued an order finding that plaintiff's second amended

19   complaint (ECF No. 31) stated cognizable Eighth Amendment claims against defendants Mason,

20   Von German, and Decker, but failed to state any other cognizable claims.  (ECF No. 34.)

21   Plaintiff was granted the option of proceeding on the second amended complaint as screened or

22   filing an amended complaint.  (Id.)  Plaintiff was directed to notify the court of how he wished to

23   proceed within sixty days of the court's order.  (Id.)

24          On April 5, 2023, plaintiff requested an extension of time to file a third amended

25   complaint because he had not received documents he needed to prepare an amended complaint.

26   (ECF No. 35.)  Noting that plaintiff had not yet filed a notice of how he wished to proceed, the

27   court granted plaintiff thirty days to file such notice.  (ECF No. 36.)

28   ////

                                                    1

On May 12, 2023, plaintiff filed a notice of intent to file an amended complaint and a motion for extension of time.  (ECF No. 39.)  He stated that he was without his property following a transfer and was quarantined after contracting COVID-19.  (Id.)  Plaintiff was granted an additional thirty days to file an amended complaint.  (ECF No. 40.)

Those thirty days passed without plaintiff filing an amended complaint.  On July 6, 2023, the court issued an order directing plaintiff to file an amended complaint or show cause in writing why this action should not be dismissed for failure to prosecute and failure to comply with court orders.  (ECF No. 41.)  Plaintiff was granted thirty days to respond and warned that a failure to comply with the July 6, 2023 order (ECF No. 41) would result in a recommendation that this action be dismissed.  (Id.)

On August 17, 2023, plaintiff filed the instant motion for extension of time.  (ECF No. 42.)  He explained that he had been hospitalized multiple times prior to July 6, and that he had also been moved to a new location.  (Id.)  As a result, he does not have access to his legal documents or other documents he needs to prepare an amended complaint.  (Id.)

Given plaintiff's circumstances, the court will grant a final extension of time.  Plaintiff is granted sixty days to file an amended complaint.  Alternatively, plaintiff may notify the court in writing that he intends to proceed on his second amended complaint (ECF No. 31) as screened. (ECF No. 34.)  No additional extension of time will be granted for this purpose.  Plaintiff is warned that failure to comply will result in a recommendation that this case be dismissed.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 42) is granted.

2.  Within sixty days from the date of service of this order, plaintiff shall file a third amended complaint, or notify the court in writing that he wishes to proceed on the second amended complaint (ECF No. 31) as screened.

3.  Absent extraordinary circumstances, no further extension of time will be granted for this purpose.

////

////

4.  Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  August 23, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:15
DB/DB Prisoner Inbox/Civil Rights/R/rood1630.36.3d.DB