UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>Plaintiff,<br><br>v.<br><br>SHASTA CO. JAIL MED. STAFF, et al.,<br><br>Defendants. | No. 2:19-cv-1630 MCE DB P<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  In an order filed February 1, 2023, this court found plaintiff stated cognizable claims against some defendants.  (ECF No. 34.)  Plaintiff was given the option of proceeding on those cognizable claims in his second amended complaint or filing a third amended complaint.  Plaintiff chose to file a third amended complaint.  (ECF No. 39.)  This court set a due date of June 22, 2023 for plaintiff's third amended complaint.  (ECF No. 40.)  Since then, plaintiff has received several extensions of time to file a third amended complaint.  Most recently, in an order filed January 12, 2024, this court found plaintiff had shown an extraordinary circumstance justifying one more extension of time.  Plaintiff's third amended complaint was due on January 16, 2024.  (ECF No. 49.)  Plaintiff was advised that his "failure to comply with this order will result in a recommendation that this action be dismissed."  (Id.)

1    Plaintiff has not filed a third amended complaint or otherwise responded to the court's
2 January 12 order. Accordingly, IT IS RECOMMENDED that this action be dismissed for
3 plaintiff's failure to prosecute and failure to comply with court orders. See E.D. Cal. R. 110; Fed.
4 R. Civ. P. 41.

5    These findings and recommendations will be submitted to the United States District Judge
6 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty days after
7 being served with these findings and recommendations, either party may file written objections
8 with the court. The document should be captioned "Objections to Magistrate Judge's Findings
9 and Recommendations." The parties are advised that failure to file objections within the specified
10 time may result in waiver of the right to appeal the district court's order. Martinez v. Ylst, 951
11 F.2d 1153 (9th Cir. 1991).
12 Dated:  February 7, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

21 DLB:9
DB Prisoner Inbox/Civil Rights/R/rood1630.fta fr